**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Edward Otis RUTLAND, Defendant—**
**Appellant.**

No. 05–6295.

United States Court of Appeals,
Fourth Circuit.

Submitted June 23, 2005.

Decided June 30, 2005.

Edward Otis Rutland, Appellant pro se. Jane Barrett Taylor, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Edward Otis Rutland appeals the district court's order denying his motion for modification of sentence, 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Rutland,* No. CR–91–132 (D.S.C. Feb. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*